Plaintiff respectfully notes that the pleading submitted below is a **Verified Amended Complaint**, sworn under penalty of perjury. A verified pleading is legally distinct from an unsworn amended complaint because its factual allegations carry the force of sworn statements. This distinction affects how the Court may treat the allegations for purposes of review, motion practice, and evidentiary consideration. The attached Verification page confirms the sworn nature of this filing.

FILED
7/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MPV
BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Kirk Reeves
Plaintiff
v.

DOLLAR GENERAL CORPORATION;
DOLGENCORP LLC
DG RETAIL LLC;
Defendant

1:26-cv-00897
Honorable Sara L. Ellis

VERIFIED AMENDED
**COMPLAINT**

PARTIES

1. Plaintiff Kirk Reeves is a citizen of Illinois.
2. Defendant Dollar General Corporation is incorporated in Tennessee and has its principal place of business in Tennessee.
3. Defendant DolgenCorp, LLC is organized under the laws of Kentucky and conducts business in Illinois.
4. Defendant DG Retail, LLC is organized under the laws of Tennessee and conducts business in Illinois.

JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states.
7. Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in Cook County, Illinois.

FACTUAL ALLEGATIONS

8. On December 27, 2024, Plaintiff lawfully purchased items at the Dollar General store located at 14441 S. Cicero Avenue in Midlothian, Illinois.
9. A Dollar General employee, acting under the supervision of Christine, falsely accused Plaintiff of theft.
10. Dollar General, through its employees, reported Plaintiff to police as a shoplifting suspect.
11. After this report, multiple police officers followed Plaintiff, conducted a traffic stop, and detained him. Plaintiff was not arrested, handcuffed, or taken to jail, but he was not free to leave during the stop.
12. Plaintiff experienced emotional distress, humiliation, fear, and reputational harm.
13. Dollar General opened an internal claim file, assigned a Senior Claims Representative to handle the matter, and communicated with Plaintiff about the incident. These actions show Dollar General had notice of the events and of the statements made about Plaintiff.
14. On April 17, 2026, Dollar General's Senior Claims Representative sent Plaintiff's claim file—including the false accusation—to Dollar General's outside vendor, HCL Technologies.
15. The April 17, 2026 transmission was a new communication of the false accusation to a new recipient.
16. This lawsuit was filed within one year of that communication.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Kirk Reeves

v.

DOLLAR GENERAL CORPORATION; DOLGENCORP LLC
Defendant

DG RETAIL LLC;

1:26-cv-00897
Honorable Sara L. Ellis

VERIFIED AMENDED
**COMPLAINT**

CLAIM FOR RELIEF — DEFAMATION (FALSE ACCUSATION OF A CRIME)

17. Plaintiff realleges paragraphs 1–16.
18. Defendants made and communicated a false statement accusing Plaintiff of theft.
19. The statement was about Plaintiff and identified him as the person allegedly committing theft.
20. The statement was false.
21. Defendants communicated the false accusation to third parties, including police officers and HCL Technologies.
22. Accusing a person of committing a crime harms a person's reputation.
23. Defendants made and communicated the false accusation at least negligently.
24. As a direct result of Defendants' false accusation and communications to third parties, Plaintiff suffered reputational harm, emotional distress, humiliation, and fear.

PRAYER FOR RELIEF

Plaintiff respectfully requests judgment in his favor and against all Defendants, and an award of:

a. Compensatory damages;
b. Punitive damages;
c. Costs of suit; and
d. Any other relief the Court deems just and proper.

Respectfully submitted,

/s/ Kirk Reeves
Kirk Reeves
REGISTERED AGENT
4201 Sauk Trail
Richton Park, Illinois 60471

# VERIFICATION

I, Kirk J. Reeves, declare under penalty of perjury that the factual statements contained in this Verified Amended Complaint are true and correct
to the best of my knowledge, information, and belief.

Executed pursuant to 28 U.S.C. § 1746.

Dated: June 30th, 2026

/s/Kirk J. Reeves
Kirk J. Reeves
Plaintiff, Pro Se

REGISTERED AGENT

4201 Sauk Trail #206

Richton Park, Illinois 60471

kirkjreeves@gmail.com

# CERTIFICATE OF SERVICE

I certify that on June 30th, 2026, I filed the foregoing 'VERIFIED AMENDED COMPLAINT' with the Clerk of Court through the Court's Electronic Submission Portal.
Upon docketing, the Clerk will enter the filing into the Court's CM/ECF system pursuant to Rule 5(b)(1) and Rule 5(b)(2)(E). All parties who have appeared in this action will be served automatically through the Court's CM/ECF electronic service procedures.

Respectfully submitted,

/s/ Kirk J. Reeves
Kirk J. Reeves
Kirkjreeves@gmail.com

Dated: June 30, 2026